

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, WESLEY WEST MINERALS, LTD. AND LONGFELLOW RANCH PARTNERS, LP, | § | No. 08-13-00145-CV |
| | § | Appeal from the |
| | § | 83rd District Court |
| Appellants, | § | of Pecos County, Texas |
| v. | § | (TC# 6955) |
| SANRIDGE ENERGY, INC. AND SANDRIDGE EXPLORATION AND PRODUCTION, LLC, | § | |
| | § | |
| Appellees. | § | |
| | § | |

## **O R D E R**

The Court has received and filed the supplemental clerk's record requested in this Court's order issued July 10, 2013. The appeal is therefore reinstated and the Appellants' brief is now due August 27, 2013.

IT IS SO ORDERED this 7th day of August, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.